IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NICHOLAS DWIGHT MOORE and wife, ) <br> AMANDA MCDANIEL MOORE, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> LIBERTY MUTUAL GROUP, INC. ) <br>  ) <br>  ) <br> Defendant. ) | Civil Action No. 3:12-1027 <br><br> Judge Campbell |

## AGREED ORDER OF DISMISSAL

By agreement of the parties, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** and **ADJUDGED** that all claims between Nicholas Dwight Moore and Amanda McDaniel Moore and Liberty Mutual Group, Inc., in this action are hereby dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

Entered this _____ day of _____, 2013.

_____Todd Campbell_____
United States District Judge

THIS AGREED ORDER OF DISMISSAL BETWEEN NICHOLAS DWIGHT MOORE AND AMANDA MCDANIEL MOORE AND LIBERTY MUTUAL GROUP, INC. HAVING BEEN SEEN AND AGREED TO; TO BE ENTERED:

Dated: February 26, 2013　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ John R. Wingo
　　　　　　　　　　　　　　　　　　　　John R. Wingo (BPR No. 16955)
　　　　　　　　　　　　　　　　　　　　Kevin P. Hartley (BPR No. 29199)
　　　　　　　　　　　　　　　　　　　　STITES & HARBISON, PLLC
　　　　　　　　　　　　　　　　　　　　401 Commerce Street, Suite 800
　　　　　　　　　　　　　　　　　　　　Nashville, TN  37219
　　　　　　　　　　　　　　　　　　　　Phone:  (615) 782-2263     Fax:  (615) 742-4106
　　　　　　　　　　　　　　　　　　　　E-mail:  john.wingo@stites.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Liberty Mutual Group, Inc.*


　　　　　　　　　　　　　　　　　　　　/s/ T. Chad White (with permission)
　　　　　　　　　　　　　　　　　　　　T. Chad White, Esq. (BPR No. 21950)
　　　　　　　　　　　　　　　　　　　　315 Deaderick Street, Suite 1700
　　　　　　　　　　　　　　　　　　　　Nashville, TN  37238
　　　　　　　　　　　　　　　　　　　　Phone:  (615) 244-2770     Fax:  (615) 244-2778
　　　　　　　　　　　　　　　　　　　　E-mail:  tcw@tewlawfirm.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Nick and Amanda Moore*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2013, a copy of the foregoing was filed electronically with the Clerk's office by using the CM/ECF system and/or served via first-class U.S. mail, postage prepaid, upon: T. Chad White, Esq., 315 Deaderick Street, Suite 1700, Nashville, TN 37238.

/s/ John R. Wingo